JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PETIL CONSTRUCTION & ENGINEERING, INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO.: CV 13-4566 R (SHx)<br><br>ORDER RE DISMISSAL OF ENTIRE ACTION WITH THE COURT TO RETAIN JURISDICTION |

　　PURUSANT TO THE STIPULATION by and between, Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS

1

TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, LABORERS' TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA SAN DIEGO COUNTY CONSTRUCTION LABORERS PENSION TRUST FUND; and SAN DIEGO CONSTRUCTION ADVANCEMENT FUND 2003 (hereinafter collectively referred to as "TRUST FUNDS"), through their attorneys, Reich, Adell & Cvitan, A Professional Law Corporation, by Marsha M. Hamasaki and Defendant, PETIL CONSTRUCTION & ENGINEERING, INC., a California corporation ("EMPLOYER") through its attorneys, Kaplan Ludmer, LLP, by Andrew B. Kaplan, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1.  This action is dismissed in its entirety in accordance with the terms of the stipulation and settlement agreement between the parties. The Court, however, shall retain jurisdiction over this action to enforce the terms of the settlement agreement between the parties and to reinstate this action to the Court's active calendar in the event of a default or breach in the settlement agreement by either party.

2.  Each party may seek to reinstate this action to the Court's calendar upon written application to the Court, and upon written declaration of default or breach by the attorney with service on each party's counsel.

DATED: OCT. 30, 2013

_____
MANUEL L. REAL, UNITED STATES DISTRICT JUDGE

2

258855